# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Campbell,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Ryan Thornell,<br><br>　　　　　Respondent. | No. CV-23-08020-PCT-DWL<br><br>**ORDER** |

　　　　Pending before the Court are Petitioner's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 10) and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. 20).  The R&R, which was issued on March 29, 2024, recommended that the amended petition be denied and dismissed with prejudice and further provided that "[t]he parties have fourteen days from the date of service of this Report and Recommendation's copy to file specific, written objections with the Court." (Doc. 20 at 19.)

　　　　Here, no such objections have been filed.  Thus, the Court accepts the Magistrate Judge's recommendation.  *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are filed.").  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)

("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Accordingly,

**IT IS ORDERED** that the R&R's recommended disposition (Doc. 20) is **accepted**, that the amended petition (Doc. 10) is **denied and dismissed with prejudice**, and that the Clerk of Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that a certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied** because the denial of the petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable or conclude that the issues presented are adequate to deserve encouragement to proceed further.

Dated this 24th day of April, 2024.

Dominic W. Lanza
United States District Judge